RONALD FIELDS, Appellant, v LUCILLE FIELDS, Respondent. [918 NYS2d 713]—

When plaintiff appealed the judgment of divorce and a

subsequent judgment to this Court (*see* 65 AD3d 297 [2009], *affd* 15 NY3d 158 [2010]), he had not yet paid defendant the distributive award and therefore still controlled the majority of the marital estate. Accordingly, since plaintiff's respective financial position gave him a distinct advantage over defendant, the court providently exercised its discretion in directing him to pay her appellate counsel fees (*see Silverman v Silverman*, 304 AD2d 41, 48-49 [2003]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Gonzalez, P.J., Tom, Acosta, Richter and Román, JJ.